1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff Martha Pagano
6

7
              **UNITED STATES DISTRICT COURT**
8
              **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | MARTHA PAGANO,                  ) Case No.: CV 09-06557 SS
                                    )
11 |       Plaintiff,                ) ORDER AWARDING EQUAL
                                    ) ACCESS TO JUSTICE ACT
12 |       vs.                       ) ATTORNEY FEES PURSUANT TO
                                    ) 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,              )
   Commissioner of Social Security, )
14 |                                 )
           Defendant                 )
15 |                                 )
                                    )
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees, costs, and expenses in the amount of $4,175.00

20 for fees and ($410.00) for costs, as authorized by 28 U.S.C. § 2412, subject to the

21 terms of the Stipulation.

22 DATE:   8/25/10                         /S/

23                                 _____
                                   THE HONORABLE SUZANNE H. SEGAL
24                                 UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ Lawrence D. Rohlfing
_____

4 | Lawrence D. Rohlfing
Attorney for plaintiff Martha Pagano